IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOAN PLETZ,

**Plaintiff,**

v.

MBNA AMERICA, NA, d/b/a
BANKCARD SERVICES;
HILCO RECEIVABLES, LLC;
LAKE COOK PARTNERS, LLC; and
CREDITORS FINANCIAL GROUP, LLC,

**Defendants.**                                             No. 05-CV-0799-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is MBNA America Bank, N.A.'s motion to temporarily stay discovery (Doc. 37). Plaintiff opposes the motion (Doc. 38). Said motion is **GRANTED in part**. The Court temporarily **STAYS** discovery in this matter up to and including May 18, 2006, pending the resolution of settlement discussions and for dispositive motions. However, the Court **ALLOWS** limited discovery on the issue of whether the Plaintiff's account was a joint account which Defendants intend to base their summary judgment motion.

**IT IS SO ORDERED.**

Signed this 3rd day of April, 2006.

/s/          David RHerndon
United States District Judge