IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOAN PLETZ,

**Plaintiff,**

v.

**MBNA AMERICA, NA, d/b/a
BANKCARD SERVICES;
HILCO RECEIVABLES, LLC;
LAKE COOK PARTNERS, LLC; and
CREDITORS FINANCIAL GROUP, LLC,**

**Defendants.**                                       No. 05-CV-0799-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendants Hilco Receivables, LLC, Lake Cook Partners, LLC and Creditors Financial Group, LLC's motion to join Defendant MBNA America Bank, N.A.'s motion to strike and object to requests for admission and other discovery from Plaintiff (Doc. 50).  Said motion is **GRANTED**.

**IT IS SO ORDERED.**

Signed this 24th day of April, 2006.

/s/         David RHerndon
United States District Judge