IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOAN PLETZ,

**Plaintiff,**

v.

MBNA AMERICA, NA, d/b/a
BANKCARD SERVICES;
HILCO RECEIVABLES, LLC;
LAKE COOK PARTNERS, LLC; and
CREDITORS FINANCIAL GROUP, LLC,

**Defendants.**                                              No. 05-cv-0799-DRH

### ORDER

**HERNDON, District Judge:**

On April 11, 2007, the Plaintiff, Hilco Receivables, LLC, Lake Cook Partners, LLC and Creditors Financial Group, LLC filed a stipulation of dismissal (Doc. 93). Specifically, the parties stipulate to dismiss with prejudice Plaintiff's claims against these Defendants, waiving their right to appeal and for each party to bear its own costs. The Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice** Plaintiff's claims against Hilco Receivables, LLC, Lake Cook Partners, LLC and Creditors Financial Group, LLC. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same at the close of the case. This dismissal does not effect Plaintiff's claims against MBNA America, NA. Further, the Court **DENIES as moot** Plaintiff's motion to dismiss claims against Hilco Receivables, LLC, Lake Cook Partners, LLC, and Creditors Financial Group, LLC (Doc. 92).

**IT IS SO ORDERED.**

Signed this 12th day of April, 2007.

/s/      David   RHerndon
United States District Judge