IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOAN PLETZ,**

    **Plaintiff,**

  vs.                                                **Cause No. 05-CV-799 DRH**

**MBNA AMERICA, NA,**
**HILCO RECEIVABLES, LL,**
**LAKE COOK PARTNERS LLC, and**
**CREDITORS FINANCIAL GROUP LLC,**

    **Defendant**s.

**JUDGMENT IN A CIVIL CASE**

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                                                **NORBERT G. JAWORSKI, CLERK**

June 12, 2007                                  By:   s/Patricia Brown
                                                         Deputy Clerk

APPROVED:  /s/     David   RHerndon
                    **U.S. DISTRICT JUDGE**